IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRAVEEN PRASAD, *et al.*, : <br><br> Plaintiffs, : <br><br> v. : <br><br> COLD STONE CREAMERY, INC., *et al.*, : <br><br> Defendants, : | Civil Action No. 06-648 (MLC) (JJH) <br> (Consolidated Action) |
| COLD STONE CREAMERY, INC., *et al.*, : <br><br> Plaintiffs, : <br><br> v. : <br><br> CC COMMERCIAL HOLDINGS, INC., *et al.*, : <br><br> Defendants. : | Civil Action No. 06-758 (MLC) (JJH) <br> (Consolidated Action) |

### NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Cold Stone Creamery, Inc., Cold Stone Creamery Leasing, Inc. and Neal Prasad, pursuant to a settlement in the above-entitled action, hereby stipulate to the dismissal of all claims raised by Cold Stone Creamery, Inc. and Cold Stone Creamery

1

Leasing, Inc. against Neal Prasad in the above entitled action with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

_____ October 16, 2008
Neal Prasad
41 JFK Boulevard
Pine Beach, NJ 08741
Tel.: (732) 341-8162
*Pro se*

_____
Jeffrey L. Karlin, Esq.
GRAY, PLANT, MOOTY, MOOTY &
 BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, DC 20037-1931
Tel: 202-295-2200
Fax: 202-295-2250

Attorneys for Cold Stone Creamery, Inc.
and Cold Stone Creamery Leasing, Inc.

2